**No. 09-1506. Randall M. Jones, Petitioner v. Anheuser Busch.**

562 U.S. 1086, 131 S. Ct. 688, 178 L. Ed. 2d 518, 2010 U.S. LEXIS 9061.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 837, 131 S. Ct. 164, 178 L. Ed. 2d 40, 2010 U.S. LEXIS 5953.

**No. 09-1558. Lorene Young, Petitioner v. Cargill.**

562 U.S. 1086, 131 S. Ct. 688, 178 L. Ed. 2d 518, 2010 U.S. LEXIS 9304.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 840, 131 S. Ct. 206, 178 L. Ed. 2d 46, 2010 U.S. LEXIS 5812.

**No. 09-1566. Patrick Walsh-Faucher, Petitioner v. Commissioner of Internal Revenue.**

562 U.S. 1086, 131 S. Ct. 688, 178 L. Ed. 2d 518, 2010 U.S. LEXIS 9180.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 841, 131 S. Ct. 215, 178 L. Ed. 2d 46, 2010 U.S. LEXIS 5815.

**No. 09-1579. Napoleon Spear, Petitioner v. General Motors Corporation.**

562 U.S. 1086, 131 S. Ct. 688, 178 L. Ed. 2d 518, 2010 U.S. LEXIS 9197.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 841, 131 S. Ct. 222, 178 L. Ed. 2d 48, 2010 U.S. LEXIS 5766.

**No. 09-8375. Peter J. Schultz, Petitioner v. Francis Halpin, et al.**

562 U.S. 1086, 131 S. Ct. 688, 178 L. Ed. 2d 518, 2010 U.S. LEXIS 9292.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 841, 131 S. Ct. 64, 178 L. Ed. 2d 48, 2010 U.S. LEXIS 5767.

**No. 09-9986. Ganiyu Jaiyeola, Petitioner v. Carrier Corporation.**

562 U.S. 1086, 131 S. Ct. 688, 178 L. Ed. 2d 518, 2010 U.S. LEXIS 9416.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 843, 131 S. Ct. 78, 178 L. Ed. 2d 50, 2010 U.S. LEXIS 5785.

**No. 09-10533. In re Jon Cox, Petitioner.**

562 U.S. 1086, 131 S. Ct. 688, 178 L. Ed. 2d 518, 2010 U.S. LEXIS 9323.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 826, 131 S. Ct. 87, 178 L. Ed. 2d 260, 2010 U.S. LEXIS 7728.